UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BUNDRAGE,
    Plaintiff,

vs.                                    CASE NO. 8:13-CIV-1676-T-EAK-EAJ

OMNI CREDIT SERVICES OF FLORIDA,
INC.,
    Defendant.
_____/

## ORDER GRANTING MOTION

This cause is before the Court on the unopposed motion for award of costs and attorney's fees (Doc. 11). The Plaintiff seeks attorney fees in the amount of $2,805.00 (10.2 hours x $275.00 an hour) and costs in the amount of $440.00. The Court has reviewed the motion and all supporting documentation and finds the motion to be well-taken. Accordingly, it is

**ORDERED** that the motion for award of costs and attorney's fees be **granted**. The Clerk of Court shall enter a judgment for $2,805.00 in attorney fees and $440.00 in costs, verifying the bill of costs entered on October 31, 2013.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of November, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record