UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BUNDRAGE,

        Plaintiff,

vs.                                          CASE NO: 8:13-cv-1676-T-17EAJ

OMNI CREDIT SERVICES
OF FLORIDA, INC.,

        Defendant.
_____/

## SATISFACTION OF JUDGMENT

    KNOW ALL MEN BY THESE PRESENTS: That JAMES S. GIARDINA, ESQUIRE, attorney for DAVID BUNDRAGE, Plaintiff in the above-styled cause, wherein a Judgment was rendered on the 9th day of October 2013 [DE 10] in the above-named court for ONE THOUSAND ($1,000.00) DOLLARS against Defendant OMNI CREDIT SERVICES OF FLORIDA, INC. does hereby acknowledge payment and satisfaction thereof and hereby consents that the above-referenced Final-Judgment shall be satisfied of record.

    IN WITNESS WHEREOF, the undersigned hereby has signed and sealed these presents this 25st Day of April 2014.

Signed sealed and delivered in the presence of:

_____
Olivia Banmally

_____
Selina Roman

_____
James S. Giardina, Esquire, attorney for DAVID BUNDRAGE, Plaintiff in the above styled cause

    I HEREBY CERTIFY that on April 25, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 25th day of April 2014 on Defendant, Omni Credit Services of Florida, Inc., 4710 Eisenhower Blvd. Ste B3, Tampa, FL 33634 via US mail.

                By:  _____
                      James S. Giardina, Esq.
                      Florida Bar No. 0942421
                      The Consumer Rights Law Group, PLLC
                      3104 West Waters Avenue, Suite 200
                      Tampa, FL 33614-6817
                      Telephone (813) 435-5055
                      Facsimile (866) 535-7199
                      James@ConsumerRightsLawGroup.com
                      *Attorney for Plaintiff, David Bundrage*